IN THE UNITED STATES DISTRICT COURT RECEIVED & FILED
FOR THE DISTRICT OF PUERTO RICO

'00 NOV 17 AM 10: 52

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| | |
|---|---|
| Hernández-Ortiz vs. Attorney General | CIVIL NO. 99-1519 (PG) |
| Yannello vs. Patriot American | 99-1597 (PG) |
| Morales-Mandry vs. Hospital Dr. Pila | 00-1525 (PG) |

---

## MEMORANDUM OF THE CLERK

Pursuant to the Judges' agreement to the reassignment of forty-five cases per judge to the docket of the Honorable Jay García-Gregory, these cases are reassigned to Judge García-Gregory.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 16th day of November, 2000.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

By    Laura E. Rivera, Operations Manager