# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JAMES YANNELLO, ET AL

    **Plaintiff(s)**

    v.                        CIVIL NUMBER: 99-1597 (JAG)

PATRIOT AMERICAN, WYNDHAM
MANAGEMENT CORP., ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/05/01<br>**Title:** Motion for Leave to File Third Party Complaint<br>**Docket(s):** 109<br>[ ] **Plff(s)**    [ x ] **Dft(s)**    [ ] **Other** | **GRANTED.** |

Date: April 25, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

