IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAMES YANELLO, etc.

    **Plaintiff(s)**

    v.                       **CIVIL NO.** 99-1597 (JAG)

PATRIOT AMERICAN, etc.

    **Defendant(s)**

## PARTIAL JUDGMENT

Upon Motion Requesting Partial Voluntary Dismissal filed by co-defendant Hospital San Pablo del Este, the Third Party Complaint filed by this co-defendant is dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure without the imposition of costs, attorney's fees and interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of January 2002.

                                      JAY A. GARCIA GREGORY
                                      U.S. District Judge