IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAMES YANNELLO, et al

    **Plaintiff(s)**

    v.                    CIVIL NO. 99-1597 (JAG)

PATRIOT AMERICAN, et al

    **Defendant(s)**

---

**JUDGMENT**

Upon Motion Informing Settlement and Requesting Dismissal With Prejudice, this action is dismissed with prejudice.

The Settlement General Release and Confidentiality Agreement executed by the parties shall remain sealed until further order of the Court.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of August 2002.

                                            JAY A. GARCIA-GREGORY
                                            U.S. District Judge